United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| JARBIN QUENI MARTINEZ OSORIO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04353 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting habeas relief (Doc. #10) and having considered the Status Report (Doc. #11) filed by Respondents, the Court now enters final judgment in this case.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUL 2 8 2026
_____          _____
Date                                            The Honorable Alfred H. Bennett
                                                    United States District Judge